# STATE OF MICHIGAN

# COURT OF APPEALS

GRACE TRANSPORTATION, INC., STEFAN
GLOWACKI, JOSEPH MEDICAL SUPPLY, and
UTICA PHYSICAL THERAPY,

UNPUBLISHED
January 31, 2017

Plaintiffs-Appellants,

v

No. 329276
Wayne Circuit Court
LC No. 14-016070-NF

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,

Defendant-Appellee.

Before: BECKERING, P.J., and SAWYER and SAAD, JJ.

BECKERING, P.J., (*concurring*).

    In light of binding precedent, I concur in result only.

                            /s/ Jane M. Beckering

-1-